```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18034
  NICOLE MARIE GUIDO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-4690


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/05/05 and confirmed on 06/24/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   7770.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
-----------------------------------------------------------------------
FIDELITY NATIONAL CREDIT   UNSECURED      NOT FILED       .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        5581.99       .00         3803.82
CAPITAL ONE BANK           UNSECURED        3285.09       .00         2238.61
DUPAGE EMERGENCY PHYSICI   UNSECURED      NOT FILED       .00             .00
DUPAGE MEDICAL GROUP       UNSECURED      NOT FILED       .00             .00
DUPAGE RADIOLOGISTS        UNSECURED      NOT FILED       .00             .00
ENH MEDICAL GROUP          UNSECURED      NOT FILED       .00             .00
GOOD SAMARITAN HOSPITAL    UNSECURED      NOT FILED       .00             .00
JP MORGAN CHASE BANK NA    UNSECURED      NOT FILED       .00             .00
LOMBARD FOOT & ANKLE CLI   UNSECURED      NOT FILED       .00             .00
M & M ORTHOPAEDICS         UNSECURED      NOT FILED       .00             .00
SBC AMERITECH              UNSECURED      NOT FILED       .00             .00
       Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00      8867.08       .00      8867.08
PRINCIPAL PAID        .00         .00      6042.43       .00      6042.43
INTEREST PAID         .00         .00          .00       .00          .00
TOTAL PAID            .00         .00      6042.43       .00      6042.43
The Debtor's attorney, SARAH L POEPPEL                , was allowed $   1400.00
and was paid $     200.00  direct and $    1200.00  through the plan.

The Trustee received $     317.57 .

Refunds to the Debtor totaled $    210.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/19/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```